UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Doug Oppenheimer,

    Plaintiff,

        v.                                      Case No. 1:19cv770

City of Madeira, Ohio,

    Defendant.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 24, 2019 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 9) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 9) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 5) is **DENIED as MOOT**.

    **IT IS SO ORDERED.**

                                               *s/ Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court